## AFFIDAVIT OF RICHARD CRESSMAN

### RE: PAYMENT ADVICES

RE: RICHARD CRESSMAN
Bankruptcy No. 18-10217

I hereby state that the only income I received for 60 days prior to the Chapter 13 Petition was Social Security; therefore, I am not required to file payments advices.

To the best of my knowledge, the information shown above is true and correct.

_____
RICHARD CRESSMAN

3-18-2018
Date