# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| RICHARD CRESSMAN, | : CASE NO. 18-10217-AMC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : March 27, 2018 @ 10:00 a.m. |
| | : |
| RICHARD CRESSMAN, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 19 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on March 27, 2018, by:

**18-10217-AMC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Zachary Perlick at perlick@verizon.net, pireland1@verizon.net

Rebecca Ann Solarz at bkgrop@kmllawgroup.com

Karina Velter at amps@manleydeas.com

**18-10217-AMC Notice will not be electronically mailed to:**

EXECUTED ON: March 27, 2018

                           Respectfully submitted by,

                    By:    /s/ Jim Peavler
                            Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            Dept. 281061
                            Harrisburg, PA 17128-1061
                            PA I.D.  320663
                            Phone:  717-787-2747
                            Facsimile:  717-772-1459
                            jpeavler@pa.gov