# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10217-AMC

RICHARD  CRESSMAN

1400 FELS ROAD

QUAKERTOWN, PA 18951-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RICHARD  CRESSMAN

    1400 FELS ROAD

    QUAKERTOWN, PA 18951-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                        /S/ William C. Miller

Date: 4/17/2018                                _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee