# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 18-10217-AMC

RICHARD  CRESSMAN

1400 FELS ROAD

QUAKERTOWN, PA 18951-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
RICHARD  CRESSMAN

1400 FELS ROAD

QUAKERTOWN, PA 18951-

**Counsel for debtor(s), by electronic notice only.**
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                     /s/ William C. Miller

Date: 7/18/2018

                                     _____

                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee