IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> RICHARD CRESSMAN, <br><br> Debtor, <br><br> HARLEY-DAVIDSON CREDIT CORP, <br><br> Movant, <br><br> v. <br><br> RICHARD CRESSMAN, and <br> WILLIAM C. MILLER, Chapter 13 Trustee. <br><br> Respondents. | Bankruptcy No. 18-10217-amc <br><br> Chapter 13 <br><br> Related to Doc. Nos. 38 and 39 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 31st day of July, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 38) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 39) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Richard Cressman
1400 Fels Road
Quakertown, PA 18951

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Zachary Perlick, Esq.
Counsel to Debtor
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

      Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

                                          By: /s/ Keri P. Ebeck
                                          Keri P. Ebeck, Esq.
                                          PA I.D. #91298
                                          kebeck@bernsteinlaw.com
                                          Suite 2200, Gulf Tower
                                          Pittsburgh, PA 15219
                                          Phone (412) 456-8112
                                          Fax: (412) 456-8135

                                          *Counsel for Harley-Davidson Credit Corp*