IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| RICHARD CRESSMAN, | : CASE NO. 18-10217-AMC |
| DEBTORS | : OBJECTION TO PLAN |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| MOVANT | |
| V. | |
| RICHARD CRESSMAN, | |
| RESPONDENTS | : RELATED TO DOCKET NO. 45 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S WITHDRAWAL OF OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

    I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading a Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 15, 2018, by:

**18-10217-AMC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Keri P. Ebeck at kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Karina Velter at amps@manleydeas.com

**18-10217-AMC Notice will not be electronically mailed to:**

EXECUTED ON: August 15, 2018

                                      Respectfully submitted by,

                      By:    /s/ Jim Peavler
                            Deputy Chief Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            Dept. 281061
                            Harrisburg, PA 17128-1061
                            PA I.D.  320663
                            Phone: 717-787-2747
                            Facsimile: 717-772-1459
                            jpeavler@pa.gov