**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| **Richard Cressman** | : Case No.: 18-10217 |
| | : **Chapter 13** |
| Debtor(s). | : **Judge Ashely M. Chan** |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells Fargo Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-024889

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-024889_KJB

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024889_KJB

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Richard Cressman** | : | **Case No.: 18-10217** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Zachary Perlick, Attorney for Richard Cressman, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 24, 2018:

Richard Cressman and Phyllis A. Cressman, 1400 Fels Rd, Quakertown, PA 18951

DATE: _August 24, 2018_

                                                 /s/ Karina Velter
                                                 Karina Velter, Esquire (94781)
                                                 Kimberly A. Bonner
                                                 Adam B. Hall
                                                 Sarah E. Barngrover
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH 43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Karina Velter.

18-024889_KJB

Contact email is kvelter@manleydeas.com

18-024889_KJB