IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 18-10217-amc |
|---|---|
| RICHARD CRESSMAN, | Chapter 13 |
| Debtor, | |
| HARLEY-DAVIDSON CREDIT CORP, | Document No. |
| Movant, | |
| v. | |
| RICHARD CRESSMAN, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this ___ day of Sept_____, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED, *denied for lack of prosecution*

a. Relief from the Automatic Stay is ~~granted~~ as to the interest of Harley-Davidson Credit Corp in the 2012 Harley-Davidson FLHTCUTG Triglide Ultra Classic, VIN 1HD1MAM18CB856641; and,

b. ~~Debtor shall disclose the location of the Vehicle and cooperate with its surrender;~~ and,

c. ~~Harley-Davidson Credit Corp's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted~~

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge