UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Richard Cressman | Bankruptcy No. 18-10217AMC |
| Debtor. | |

# ORDER

**AND NOW,** this 26th day of September, 2018, it is hereby **ORDERED** that the September 25, 2018 Order Denying the Motion for Relief from Stay by Creditor Harley-Davidson Credit Corp. is hereby **VACATED**.

_____
Ashely M. Chan
United States Bankruptcy Judge