IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD CRESSMAN,<br><br>      Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP,<br><br>      Movant,<br><br>   v.<br><br>RICHARD CRESSMAN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 18-10217-amc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 26th day of September, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp in the 2012 Harley-Davidson FLHTCUTG Triglide Ultra Classic, VIN 1HD1MAM18CB856641; and,

    b.    Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

    c.    Harley-Davidson Credit Corp's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge