United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10217-amc
Richard Cressman                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Sep 27, 2018
                            Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db           #+Richard Cressman,    1400 Fels Road,    Quakertown, PA 18951-2079
14049938     +Harley-Davidson,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
               710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14041562     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14045639     +Harley-Davidson Credit Corp.,    POB 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 28 2018 02:30:17      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:07      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              JIM   PEAVLER    on behalf of Creditor     PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA   VELTER    on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor     Wells FArgo Bank, N.A. amps@manleydeas.com
              KERI P EBECK    on behalf of Creditor     Harley-Davidson Credit Corp kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Richard  Cressman Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD CRESSMAN,<br><br>      Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP,<br><br>      Movant,<br><br>  v.<br><br>RICHARD CRESSMAN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 18-10217-amc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 26th day of September, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp in the 2012 Harley-Davidson FLHTCUTG Triglide Ultra Classic, VIN 1HD1MAM18CB856641; and,

    b.    Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

    c.    Harley-Davidson Credit Corp's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge