# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10217-amc** |
| **Richard Cressman** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| **vs** | : | |
| | : | |
| **Richard Cressman** | : | U.S. Bankruptcy Court |
| **Phyllis A. Cressman** | : | 900 Market Street |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this  10th  day of  October , 20 18 , upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 1400 Fels Rd, Quakertown, PA 18951 and more particularly described in the Mortgage, recorded June 25, 2008, at Instrument Number 2008057371.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT