United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Cressman  
    Debtor

Case No. 18-10217-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Oct 10, 2018  
                     Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db              #+Richard Cressman,    1400 Fels Road,    Quakertown, PA 18951-2079
14043796        +Wells Fargo Bank, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                  Columbus, OH 43216-5028
14051761         Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
14057734         Wells Fargo Bank, N.A. as servicer,    Attn: Default Document Processing,
                  1000 Blue Gentian Road, N9286-01Y,    Eagan MN 55121-7700
14039241        +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:29      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2018 03:33:49
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2018 03:34:13      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14187276*       +WELLS FARGO BANK, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                  Columbus, OH 43216-5028
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
```
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    Wells FArgo Bank, N.A. amps@manleydeas.com
              KERI P EBECK    on behalf of Creditor   Harley-Davidson Credit Corp kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Richard  Cressman Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-10217-amc |
| **Richard Cressman** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | |
| | : | |
| **Richard Cressman** | : | U.S. Bankruptcy Court |
| **Phyllis A. Cressman** | : | 900 Market Street |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this  10th  day of  October , 20 18 , upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 1400 Fels Rd, Quakertown, PA 18951 and more particularly described in the Mortgage, recorded June 25, 2008, at Instrument Number 2008057371.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT