**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10217** |
| **Richard Cressman** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| **Movant,** | : | **November 13, 2018 at 11:00 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Richard Cressman** | : | **900 Market Street, Courtroom #4** |
| **Phyllis A. Cressman** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. TO
FORECLOSE ON 1400 FELS RD, QUAKERTOWN, PA 18951 (DOCUMENT NO. 69)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on October 16, 2018 at Document No. 69 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 31, 2018.

18-024889_KKC

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

        /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024889_KKC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10217** |
| **Richard Cressman** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A. as successor by** : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** : | **Place of Hearing** |
| **Movant,** : | **November 13, 2018 at 11:00 a.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Richard Cressman** : | **900 Market Street, Courtroom #4** |
| **Phyllis A. Cressman** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from Co-Debtor Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. to foreclose on 1400 Fels Rd, Quakertown, PA 18951 was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

  William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

  Zachary Perlick, Attorney for Richard Cressman, 1420 Walnut Street, Suite 718, Philadelphia, PA  19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on November  1 , 2018:

18-024889_KKC

Richard Cressman and Phyllis A. Cressman, 1400 Fels Rd, Quakertown, PA 18951

Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA  50306

DATE: November 1, 2018

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024889_KKC