IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-10217 |
| Richard Cressman | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| Wells Fargo Bank, N.A. as successor by | : |
| merger to Wachovia Bank, N.A. | : Date and Time of Hearing |
| | : Place of Hearing |
| Movant, | : November 13, 2018 at 11:00 a.m. |
| vs | : |
| | : U.S. Bankruptcy Court |
| Richard Cressman | : 900 Market Street, Courtroom #4 |
| Phyllis A. Cressman | : Philadelphia, PA, 19107 |
| | : |
| William C. Miller | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 13th day of November, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. in and to the Real Property of Debtor located at 1400 Fels Rd, Quakertown, PA 18951 and more particularly described in the Mortgage, recorded October 29, 2004, at Instrument Number 2004135785.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-024889_KKC