United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10217-amc
Richard Cressman                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 15, 2018
                              Form ID: pdf900        Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             #+Richard Cressman,    1400 Fels Road,    Quakertown, PA 18951-2079
14043796       +Wells Fargo Bank, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14051761        Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
14057734        Wells Fargo Bank, N.A. as servicer,    Attn: Default Document Processing,
                 1000 Blue Gentian Road, N9286-01Y,    Eagan MN 55121-7700
14039241       +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14187276*      +WELLS FARGO BANK, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    Wells FArgo Bank, N.A. amps@manleydeas.com
              KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Richard  Cressman Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 18-10217
Richard Cressman : Chapter 13
: Judge Ashely M. Chan
Debtor(s) : * * * * * * * * * * * * * * * * * *

Wells Fargo Bank, N.A. as successor by :
: Date and Time of Hearing
merger to Wachovia Bank, N.A. : Place of Hearing
Movant, : November 13, 2018 at 11:00 a.m.
vs :
: U.S. Bankruptcy Court
Richard Cressman : 900 Market Street, Courtroom #4
Phyllis A. Cressman : Philadelphia, PA, 19107
:

William C. Miller

Respondents.

## ORDER OF COURT

AND NOW, this 13th day of November, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. in and to the Real Property of Debtor located at 1400 Fels Rd, Quakertown, PA 18951 and more particularly described in the Mortgage, recorded October 29, 2004, at Instrument Number 2004135785.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-024889_KKC